IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GORCHOCK<br>　　　　*Plaintiff*<br>　　　v.<br>URS Corporation-Ohio<br>　　　　*Defendant* | No.: 2:19-cv-01329-DSC<br><br>Consolidated with other cases at Civil Action No. 2:17-cv-01494-DSC |

**Stipulation of Voluntary Dismissal**

TO THE CLERK FOR THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

　　　　Pursuant to Federal Rule of Civil Procedure 41(a), the above-referenced Parties, by and through their counsel of record, hereby Stipulate to the Dismissal of this lawsuit. Kindly mark this case VOLUNTARILY DISMISSED.

McMillen, Urick, Tocci and Jones　　　　　　　　Blank Rome

*/s/ Richard Urick*　　　　　　　　　　　　　　　*/s/ Amy Joseph Coles*
Richard Urick, Esquire　　　　　　　　　　　　　Amy Joseph Coles, Esquire
Attorney ID # 30997　　　　　　　　　　　　　　Attorney ID #89482
2131 Brodhead Road　　　　　　　　　　　　　　501 Grant Street
Aliquippa, PA. 15001　　　　　　　　　　　　　　Suite 850
rurick@mutjlaw.com　　　　　　　　　　　　　　Pittsburgh, Pa 15219
Counsel for Plaintiff, Michael Gorchock　　　　　acoles@blankrome.com
　　　　　　　　　　　　　　　　　　　　　　　Counsel for URS Corporation-Ohio

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin Eddy*
　　　　　　　　　　　　　　　　　　　　　　　Kevin Eddy Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney ID # 92904
　　　　　　　　　　　　　　　　　　　　　　　501 Grant Street
　　　　　　　　　　　　　　　　　　　　　　　Suite 850
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pa 15219
　　　　　　　　　　　　　　　　　　　　　　　keddy@blankrome.com
　　　　　　　　　　　　　　　　　　　　　　　Counsel for URS Corporation-Ohio

## CERTIFICATE OF SERVICE

I hereby certify that on this __10th__ day of August, 2022, a true and correct copy of the *Stipulation of Voluntary Dismissal* was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

    /s/Richard Urick
    Richard Urick Esq, Attorney for Plaintiff
    Michael Gorchock